UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BATHSHEBA SHUNQUITA QUEEN,

Plaintiffs,

v.

LESHAWN MOONEY,

Defendants.

Case No. 5:24-cv-02161-SVK

**ORDER DIRECTING DEFENDANT TO REFILE DKT. 32 AS SEPARATE EXHIBITS**

Re: Dkt. No. 32

The Court is in receipt of Defendant's Notice of Filing Redacted Documents accompanied by redacted versions of Dkts. 25-2, 25-9, 25-10 and 25-12 (Dkt. 32) and notes that the redactions are in compliance with the Court's Order of August 4, 2026 (Dkt. 31). However, the Court instructs Defendant to refile his request with the redacted versions of Dkts. 25-2, 25-9, 25-10 and 25-12 attached to the request as separate documents, as he did in his original Administrative Motion to File Under Seal (Dkt. 30). The Defendant is ordered to do so by **September 8, 2026**. This is to allow for easy identification of the redacted versions of the sealed exhibits in the public record. Once the redacted exhibits have been properly refiled, the Court will seal the unredacted exhibits.

**SO ORDERED.**

Dated: August 25, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California